PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8974
    Facsimile:  (415) 744-0134
    E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM D'AMBROSIO,<br>    Plaintiff,<br>vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant.<br>_____ | ) No. 1:16-cv-00579-SKO<br>)<br>) ORDER RE STIPULATION TO<br>) EXTEND DEFENDANT'S TIME TO<br>) FILE ITS BRIEF<br>) (FIRST REQUEST)<br>)<br>) |

    Based on the parties' Stipulation (Doc. 13), IT IS ORDERED that Defendant has an additional 30 days to file its cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment.  The new deadline for Defendant to file its motion is January 20, 2017.  All other deadlines set forth in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 22, 2016**            /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE