Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sam D'ambrosio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM D'AMBROSIO,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-00579-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(Doc. 19) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Sam D'ambrosio be awarded attorney fees in the amount of THREE THOUSAND NINE HUNDRED dollars ($3900) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to Sam D'ambrosio, the government will consider the matter of Sam D'ambrosio's assignment of EAJA fees to Brian C. Shapiro. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Sam D'ambrosio, but if the Department of the Treasury determines that Sam D'ambrosio does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Sam D'ambrosio.[1] Any payments made shall be delivered to Brian C. Shapiro.

This stipulation constitutes a compromise settlement of Sam D'ambrosio's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Sam D'ambrosio and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees ///
///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 18, 2017      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*
BY:_____
Brian C. Shapiro
Attorney for plaintiff Sam D'ambrosio

DATED: August 18, 2017      PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Ann L. Maley*
_____
ANN L. MALEY
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

## **ORDER**

Based upon the above "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)" (Doc. 19), IT IS ORDERED that fees and expenses in the amount of three thousand nine hundred dollars ($3,900.00) under EAJA, 28 U.S.C. § 2412(d), be awarded subject to the terms of the above Stipulation.

IT IS SO ORDERED.

Dated:  **August 18, 2017**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE